IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 3:20-cr-0098-DPJ-FKB

AUBREY BART WILLIS and
CAROLYN JOHNSON

ORDER OF DISMISSAL OF COUNTS 1-5
AS TO DEFENDANT AUBREY BART WILLIS

Defendant AUBREY BART WILLS, pled guilty to a Criminal Information in Criminal Number 3:21-CR-0104-FKB on September 14, 2021 and was sentenced that same day.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 2, 3, 4, and 5 of the Indictment as to Defendant AUBREY BART WILLIS without prejudice.

    Respectfully submitted,
    DARREN J. LAMARCA
    Acting United States Attorney

By:  /s/David H. Fulcher
    DAVID H. FULCHER
    Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1, 2, 3, 4, and 5 of the Indictment as to Defendant AUBREY BART WILLIS.

SO ORDERED this the 22nd day of October, 2021.

    s/ *Daniel P. Jordan III*
    CHIEF UNITED STATES DISTRICT JUDGE