IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　　　　**CRIMINAL NO. 3:20-cr-0098-DPJ-FKB**

**AUBREY BART WILLIS and
CAROLYN JOHNSON**

## ORDER OF DISMISSAL OF ALL COUNTS
## AS TO DEFENDANT CAROLYN JOHNSON

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses all counts of the Indictment as to defendant CAROLYN JOHNSON without prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　DARREN J. LAMARCA
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　By:　 */s/David H. Fulcher*
　　　　　　　　　　　　　　　　　　　DAVID H. FULCHER
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of all counts of the Indictment as to defendant CAROLYN JOHNSON.

**SO ORDERED AND ADJUDGED** this the 2nd day of November, 2022.

　　　　　　　　　　　　　　　　　　　s/ *Daniel P. Jordan III*
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE